IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASCHALL L. SANDERS,

    Petitioner,

v.

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-230-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting respondents' motion to dismiss the petition of Paschall L. Sanders for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 9/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |