IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASCHALL L. SANDERS,

    Petitioner,                                       JUDGMENT IN A CIVIL CASE

v.                                                       Case No. 12-cv-230-wmc

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered granting respondents' motion to dismiss the petition of Paschall L. Sanders for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 9/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |